Order filed July 15, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00080-CV

                                                    __________

 

                           IN
THE INTEREST OF L.K.H., A CHILD  

 



 

                                  On
Appeal from the 132nd District Court

 

                                                           Scurry
County, Texas

 

                                                      Trial
Court Cause No. 23200

 



 

                                                                     O
R D E R

 

            This court’s opinion and judgment dated July 8, 2010, are withdrawn.  The appeal is
reinstated as of the date of this Order.

 

                                                                                                PER
CURIAM

 

July 15, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.